| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __7__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  KR Mechanical, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  83-3841334

**4. Debtor's address**

Principal place of business

2670 Phyllis Street
Jacksonville, FL 32204
Number, Street, City, State & ZIP Code

Duval
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  KR Mechanical, LLC
        Name                                                                  Case number (*if known*)

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____   Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor  KR Mechanical, LLC _____  Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**
| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**
| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   KR Mechanical, LLC                                  Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 13, 2024
              MM / DD / YYYY

**X** /s/   Raymond Chin                                    Raymond Chin
Signature of authorized representative of debtor            Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Thomas Adam                                       Date   August 13, 2024
Signature of attorney for debtor                                   MM / DD / YYYY

Thomas Adam
Printed name

Adam Law Group, PA
Firm name

2258 Riverside Ave
Jacksonville, FL 32204
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   tadam@adamlawgroup.com

FL
Bar number and State

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

# United States Bankruptcy Court
## Middle District of Florida

In re: KR Mechanical, LLC, Debtor(s)

Case No.
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 13, 2024

/s/ Raymond Chin
Raymond Chin/CEO
Signer/Title

Thomas Adam
2258 Riverside Ave
Jacksonville, FL 32204

A Crane Rental, LLC
10419 General Ave
Jacksonville, FL 32220

A&A Pro Cleaning Services, LLC
3901 Industry Blvd Ste 1
Lakeland, FL 33811

AAON
2425 South Yukon Ave
Tulsa, OK 74107

AccuAir
2900 W Orange Ave.
Apopka, FL 32703

Admin America, Inc.
1720 Windward Concourse
Alpharetta, GA 30005

Advances Cutting Systems
112 Hilltop Business Center Drive
Pelham, AL 35124

AHERN Rentals, Inc
6931 Business Park Blvd N
Jacksonville, FL 32256

AirGas
3069 W Beaver St.
Jacksonville, FL 32209

All Smith Mechanical
245 Franklin Ave.
Jacksonville, FL 32218

Amazon
410 Terry Ave N
Seattle, WA 98109

American Air Balance
4721 E Hunter Ave
Anaheim, CA 92807

American Express
6985 Union Park Center
Midvale, UT 84047

Associated Builders and Contractors
8130 Baymeadows Way W, Ste 307
Jacksonville, FL 32256

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

Atlantic Insulation, Inc
325 Dennard Ave.
Jacksonville, FL 32254

Baker Distributing Co LLC
2121 Edison Ave
Jacksonville, FL 32204

Barcelona Crane Rental
10342 New Kings Rd
Jacksonville, FL 32219

Barcelona Equipment, Inc.
10342 New Kings Rd
Jacksonville, FL 32219

Best Buy
7601 Penn Ave S.
Minneapolis, MN 55423

Bookkeeping and Accounting of FL
9908 Old St. Augustine Rd
Jacksonville, FL 32257

Bridgefield Casualty Insurance Company
2626 Canal St., 3rd Floor
New Orleans, LA 70119

Brooks Building Solutions
4501 Beverly Ave
Jacksonville, FL 32210

Bryson Crane
Marion St #225
Daytona Beach, FL 32114

Capital Gurus
1700 S Pavillion Center Dr., Ste 420
Las Vegas, NV 89135

CaptiveAire
12620 Beach Blvd.
Jacksonville, FL 32246

Carrier Corporate
13995 Pasteur Blvd
Palm Beach Gardens, FL 33418

Carrier Enterprise
8691 Western Way
Jacksonville, FL 32256

CAVH HVAC
4906 Creekside Dr.
Clearwater, FL 33760


Central Florida Sheet Metal
518South Industry Rd
Cocoa, FL 32926


Christopher Sherrick


Cintas Fire Protection
7251 Salisbury Rd
Jacksonville, FL 32256


Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263


Citibank/the Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497


City Electric Supply
11855 N Main Street
Jacksonville, FL 32218


CK Palm Landworks Corp
11804 Brady Rd.
Jacksonville, FL 32223


Cogbrun Bros. Inc
Faye Road #3300
Jacksonville, FL 32226


Coker Crane and Rigging
850369 Highway 17
Yulee, FL 32097


Colony Hardware Corp
9315 Old Kings Rd S
Jacksonville, FL 32257


Comcast/Xfinity
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103


Commercia Duct Systems, LLC
9707 Williams Rd.
Thonotosassa, FL 33592


Concrete Cutting & Breaking
4500 Airwest Dr SE
Grand Rapids, MI 49512

Conditioned Air & Power
11243 Saint Johns Industrial Parkway S
Jacksonville, FL 32246


Conklin Metal Industries, Inc.
PO Box 117060
Atlanta, GA 30368


Craftsman Contractors
7901 Baymeadows Way #6
Jacksonville, FL 32256


Culligan
604 College Street
Jacksonville, FL 32204


Daikin Applied
24827 Network Place
Chicago, IL 60673


De Lage Landen Financial Services Inc
4600 Touchton Rd E., Building 100, St2 5
Jacksonville, FL 32246


Dex Imaging
4810 Executive Park Court, #102
Jacksonville, FL 32216


Dyatech
381 Highland Colony Parkway
Ridgeland, MS 39157


East Coast Repair & Fabrication
4100 Haines St
Jacksonville, FL 32206


Eastern Industrial Supplies, Inc.
11 Caledon Ct
Greenville, SC 29615


Engineered Air
W 83rd St
Middleburg, FL 32050


Enterprise Fleet Management
11034 Atlantic Blvd
Jacksonville, FL 32225


Equipment Share
11250 Business Park Blvd
Jacksonville, FL 32256


Fastenal
1408 Haines St.
Jacksonville, FL 32206

Ferguson
7380 Philips Highway
Jacksonville, FL 32256


First Coast Fire & Safety Equipment
5905 Macy Ave
Jacksonville, FL 32211


FJ Nugent & Associates, Inc.
269 Hunt Park Cove
Longwood, FL 32750


Florida Department of Revenue
Bankruptcy Unit  P.O. Box 6668
Tallahassee, FL 32314


Florida Hydronics Inc
7780 Westside Industrial Dr.
Jacksonville, FL 32219


Florida Surety Bonds
620 Wymore Rd., Ste 200
Maitland, FL 32751


Forida mechanical Systems, Inc.
Edison Avenue #2734
Jacksonville, FL 32254


Gemaire
2899 Powers Ave.
Jacksonville, FL 32207


General Insulation
6950 Highway Ave., Ste 104
Jacksonville, FL 32254


Grainger
8450 Philips Highway
Jacksonville, FL 32257


Ground Penetrating Radar System, LLC
1901 Indian Wood Circle
Maumee, OH 43537


H&E Equipment Services, Inc.
240 Hammond Blvd.
Jacksonville, FL 32254


Hajoca
6964 Highway Ave.
Jacksonville, FL 32254


Harrington Industrial Plastics
8641 Western Way
Jacksonville, FL 32256

Heerc Rentals
11451 Philips Highway
Jacksonville, FL 32256


High Reach HR2
1447 Pickettville Rd.
Jacksonville, FL 32220


Holistic Test & Balance
3644 Post St.
Jacksonville, FL 32205


Hughes Supply
5501 Commonwealth Ave.
Jacksonville, FL 32254


Industrial Mechanical
5465 Verna Blvd.
Jacksonville, FL 32205


Insight Partners
10405 NW 37th Terrace
Miami, FL 33178


Integrated Cooling Solutions
11455 Saints Rd
Jacksonville, FL 32246


Intelligent Consulting Engineers
2093 Philadelphia Pike
Claymont, DE 19703


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


IPFS Insurance
3632 Queen Palm Dr
Tampa, FL 33619


Island Concrete Cutting
2118 Arden Forest Place
Fleming Island, FL 32003


JEA
225 N. Pearl
Jacksonville, FL 32202


John Q Bullard Associates Inc.
1850-D Beaver Ridge Circle
Norcross, GA 30071


Johnson Controls, Inc
4820 Executive Park Court
Jacksonville, FL 32216

Johnstone Supply, LLC
500 Park St
Jacksonville, FL 32204

Jones Welding & Industrial Supply, Inc
1359 Schley Ave
Albany, GA 31707

JP Morgan Chase Bank
887 Donald Ross Rd.
Juno Beach, FL 33408

Knowify
76 Bowery 7th Fl
New York, NY 10013

Koolfab
606 Lane Ave N., Ste 2
Jacksonville, FL 32254

KRCM Holdings, LLC
2670 Phyllis St
Jacksonville, FL 32204

Landrum HR Workforce Solutions
6715 Plantation Rd
Pensacola, FL 32504

LDI Reproprinting - Jax Color
806 Rosselle St.
Jacksonville, FL 32204

Martinez Sheet Metal
625 Bluebill Ct.
Kissimmee, FL 34759

Massey
PO Box 547668
Orlando, FL 32854

Master Insulation
87 Camelia Dr
32505

Master Insulation, Inc.
PO Box 3185
Pensacola, FL 32516

MBCI
1601 Rogers Rd

Medical Express Corporation
4237 Salisbury Rd., Ste 304
Jacksonville, FL 32216

Medical Technology Associates
6651 102nd Avenue N
Pinellas Park, FL 33782


Mobile Mini
8825 Moncrief Dinsmore Rd
Jacksonville, FL 32219


Mobile Modular
11836 Camden Road
Jacksonville, FL 32218


National Sheet Metal, LLC
2406 Gap Rd
Altamont, TN 37301


NEFBA Northeast Florida Builders Assoc.
6747 Southpoint Parkway
Jacksonville, FL 32216


Nelson & Company, LLC
3914 Beach Blvd #100
Jacksonville, FL 32207


Northern Duct
741 Northwest 127th Ave.
Coral Springs, FL 33071


OSC
1626 Williamsburg Square
Lakeland, FL 33803


People Ready / True Blue
1015 A Street
Tacoma, WA 98402


Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176


Phoenix Metals Company
PO Box 932589
Atlanta, GA 31193


PVF Industrial
558 Stuart Lane
Jacksonville, FL 32254


Quickbooks Online
2700 Coast Ave.
Mountain View, CA 94043


R.E. Michel Company
2953 Powers Ave
Jacksonville, FL 32207

Ram Tool
6858 Phillips Parkway Dr S.
Jacksonville, FL 32256


RezLegal, LLC
A1A North # 816
Ponte Vedra Beach, FL 32082


Ring Power Corp.
500 World Commerce Parkway
Saint Augustine, FL 32092


Ritz Safety
4456 Philips Highway
Jacksonville, FL 32207


Roberts Oxygen Company Inc.
PO Box 5507
Derwood, MD 20855


Ryan Herco Flow Solutions
5636 W 5th St.
Jacksonville, FL 32254


Sams Club
10100 Canal Rd.
Brunswick, GA 31525


Sea Can, LLC
PO Box 590023
Orlando, FL 32859


Sea-Can Containers Ltd


Security Center USA
2000 Art Museum Drive
Jacksonville, FL 32207


Servpro of Jacksonville South
750 Cassat Ave.
Jacksonville, FL 32205


Sims Crane
1219 U.S. Hwy 301 N
Tampa, FL 33619


Southern Carlson
9456 Philips Highway, Ste 5
Jacksonville, FL 32256


Specialty Products & Insulation
6803 Stuart Lane South
Jacksonville, FL 32254

Spot Coolers
29749 Network Place
Chicago, IL 60673


Stan Weaver & Co.
4255 Emerson Street
Jacksonville, FL 32207


Strate Welding Company
29 McDuff Ave. S
Jacksonville, FL 32254


Strate Welding Supply
PO Box 37330
Jacksonville, FL 32236


Sun Life Financial
96 Worester St.
Wellesley Hills, MA 02481


Sunbelt Rentals, Inc.
2015 Directors Row
Orlando, FL 32809


Sunpass
9405 W. Colonial Dr
Ocoee, FL 34761


Sunstate Equipment Co., LLC
5552 E Washington St
Phoenix, AZ 85034


Superior Scaffolding & Insulation, Inc.
1623 Blanding Blvd
Middleburg, FL 32068


Synchrony Bank/Lowes
PO Box 71727
Philadelphia, PA 19176


Synovus Bank
7768 Ozark Dr., Ste 100
Jacksonville, FL 32256


Tempaco, Inc
6695 Colray Ct
Jacksonville, FL 32258


The Liles Firm, P.A.
50 N. Laura St., Ste 1200
Jacksonville, FL 32202


Thermal Tech, Inc
5141 Forsyth Commerce Rd.
Orlando, FL 32807

Tom Barrow Company
6950 Hwy Ave Ste 1
Jacksonville, FL 32254


Tradesmen International
9440 Philips Highway, Ste 10
Jacksonville, FL 32256


Trane
Attn: Lockbox #406469
c/o Bank of America 6000 Feldwood Rd
Atlanta, GA 30349


Travelers Business Insurance
One Tower Square
Hartford, CT 06183


Tri-Lane Equipment Rentals
80 Pro 3 Parkway
Saint Marys, GA 31558


Trimble
10368 Westmoor Drive
Broomfield, CO 80021


Tru Technology
208 N Laura St.
Jacksonville, FL 32202


Tru Technology
25 N Market Street, Ste 300F
Jacksonville, FL 32202


United Refrigeration, Inc.
1004 Rosselle St
Jacksonville, FL 32204


United Rentals
5402 Philips Hwy
Jacksonville, FL 32207


United Rentals
6931 Business Park Blvd N
Jacksonville, FL 32256


Vertiv Corporation
505N Cleveland Ave
Westerville, OH 43082


Vystar Credit Union
76 South Laura Street Vystar Tower
Jacksonville, FL 32202


W.W. Gay
524 Stockton St
Jacksonville, FL 32204

```
Waste Pro Services
2940 Strickland St
Jacksonville, FL 32254


Watts Mechanical and Plumbing, Inc.
13490 Hance Lane
Jacksonville, FL 32220


Wex Ent. Fleet Exxon Mobile Cards
PO Box 639
Portland, ME 04104


White Cap, L.P.
PO Box 4944
Orlando, FL 32802


William R. Nash, LLC
6401 Nob Hill Road
Fort Lauderdale, FL 33321


Windy City Wire
386 Internationale Dr, Ste H
Bolingbrook, IL 60440


Win-Supply
2365 Dennis St.
Jacksonville, FL 32204


World Electric
7700 Congress Ave.
Boca Raton, FL 33487


Youn's Boiler Service Inc.
3501 W 20th St.
Jacksonville, FL 32254
```