**Fill in this information to identify the case:**

Debtor name    KR Mechanical, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:24-bk-2404

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2024     **X** /s/   Raymond Chin
                                             Signature of individual signing on behalf of debtor

                                             Raymond Chin
                                             Printed name

                                             CEO
                                             Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    KR Mechanical, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:24-bk-2404

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ _____ 4,256,144.63

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ _____ 4,256,144.63

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 1,606,618.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ _____ 36,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____ 4,857,416.82

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____ 6,500,035.32

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    KR Mechanical, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:24-bk-2404

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Synovus Bank | Checking | 9156 | $14,628.37 |
| 3.2. | Synovus Bank | Savings | 0209 | $50.07 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$14,678.44

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | KR Mechanical, LLC | Case number *(If known)* 3:24-bk-2404 |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 1,819,340.28 | - | 0.00 | = .... | $1,819,340.28 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,294,649.40 | - | 0.00 | =.... | $2,294,649.40 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$4,113,989.68

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Kalax Shelves | $0.00 | | $400.00 |
| Office Furniture - Couches/Desks/Office Chairs | $0.00 | | $3,100.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment - Laptops/Security camera and monitoring system/Ipads/Cell Phones | $0.00 | | $1,400.00 |
| Office printers | $0.00 | | $200.00 |
| Safety Goggles, Gloves, and harnesses/lanyards | $0.00 | | $150.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number *(If known)* | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                              $5,250.00
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.     Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   12' Covered Trailer | $0.00 | | $1,500.00 |
| **48.     Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.     Aircraft and accessories** | | | |
| **50.     Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery, fixtures, and equipment - Duct Jacks | $0.00 | | $250.00 |
| Machinery, fixtures, and equipment - Coil Link/Plasma Table | $0.00 | | $120,286.51 |

51. **Total of Part 8.**                                                                                                              $122,036.51
Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    KR Mechanical, LLC                                    Case number *(If known)*  3:24-bk-2404
          _____                                          _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
|  | Surety Bonds - Philadelphia Indemnity | Unknown |
|  | Surety Bonds - FCCI Group | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | Clothing | $190.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $190.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    KR Mechanical, LLC                                        Case number *(If known)*  3:24-bk-2404
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,678.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,113,989.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $122,036.51 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $190.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,256,144.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,256,144.63 |

**Fill in this information to identify the case:**

Debtor name __KR Mechanical, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __3:24-bk-2404__

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

---

**2.1** Synovus Bank

Creditor's Name

7768 Ozark Dr., Ste 100
Jacksonville, FL 32256

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0012

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Machinery, fixtures, and equipment - Coil Link/Plasma Table

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $120,286.81 | $120,286.51 |
|---|---|---|

---

**2.2** Synovus Bank

Creditor's Name

7768 Ozark Dr., Ste 100
Jacksonville, FL 32256

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0010

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts Receivable

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $1,486,331.69 | $2,294,649.40 |
|---|---|---|

---

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,606,618.50 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___KR Mechanical, LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) ___3:24-bk-2404___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,000.00 | $0.00 |
|  | _____<br>Date or dates debt was incurred | Basis for the claim: |  |  |
|  | _____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
|  |  |  | |
| 3.1 | Nonpriority creditor's name and mailing address<br>A Crane Rental, LLC<br>10419 General Ave<br>Jacksonville, FL 32220<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $0.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>A&A Pro Cleaning Services, LLC<br>3901 Industry Blvd Ste 1<br>Lakeland, FL 33811<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $540.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>AAON<br>2425 South Yukon Ave<br>Tulsa, OK 74107<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?   ☐ No   ☐ Yes | $155,718.21 |

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,138.40 |
|---|---|---|---|
| | Accredited Firestop Installers<br>1501 Roberty J Conlan Blvd NE, Ste 280<br>Palm Bay, FL 32905 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | AccuAir<br>2900 W Orange Ave.<br>Apopka, FL 32703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.10 |
|---|---|---|---|
| | Admin America, Inc.<br>1720 Windward Concourse<br>Alpharetta, GA 30005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.40 |
|---|---|---|---|
| | Advanced Cutting Systems<br>112 Hilltop Business Center Drive<br>Pelham, AL 35124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,739.28 |
|---|---|---|---|
| | Aerotek<br>PO Box 198531<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,186.17 |
|---|---|---|---|
| | AHERN Rentals, Inc<br>6931 Business Park Blvd N<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,724.20 |
|---|---|---|---|
| | Air Flow Pros<br>840 Edgewood Ave S<br>Jacksonville, FL 32205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,230.28 |
|---|---|---|---|
| | AirGas<br>3069 W Beaver St.<br>Jacksonville, FL 32209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Airstron, LLC<br>1559 Southwest 21st Ave<br>Fort Lauderdale, FL 33312 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408,694.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>All Smith Mechanical<br>245 Franklin Ave.<br>Jacksonville, FL 32218 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Amazon<br>410 Terry Ave N<br>Seattle, WA 98109 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>American Air Balance<br>4721 E Hunter Ave<br>Anaheim, CA 92807 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>American Express<br>6985 Union Park Center<br>Midvale, UT 84047 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52,496.19 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  3007 | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>Applied Mechanical Equipment<br>11455 Saints Road<br>Jacksonville, FL 32246 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,297.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>Associated Builders and Contractors<br>8130 Baymeadows Way W, Ste 307<br>Jacksonville, FL 32256 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,071.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   KR Mechanical, LLC                                         Case number (if known)   3:24-bk-2404
_____
         Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $252,162.09 |
|---|---|---|---|

Atlantic Insulation, Inc
325 Dennard Ave.
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,265.28 |
|---|---|---|---|

Baker Distributing Co LLC
2121 Edison Ave
Jacksonville, FL 32204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Barcelona Crane Rental
10342 New Kings Rd
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,424.10 |
|---|---|---|---|

Barcelona Equipment, Inc.
10342 New Kings Rd
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Best Buy
7601 Penn Ave S.
Minneapolis, MN 55423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,983.01 |
|---|---|---|---|

Bookkeeping and Accounting of FL
9908 Old St. Augustine Rd
Jacksonville, FL 32257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,865.94 |
|---|---|---|---|

Bridgefield Casualty Insurance Company
2626 Canal St., 3rd Floor
New Orleans, LA 70119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $271,959.51 |
|---|---|---|---|

Brooks Building Solutions
4501 Beverly Ave
Jacksonville, FL 32210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Bryson Crane
Marion St #225
Daytona Beach, FL 32114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Capital Gurus
1700 S Pavillion Center Dr., Ste 420
Las Vegas, NV 89135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,769.00

CaptiveAire
12620 Beach Blvd.
Jacksonville, FL 32246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Carrier Corporate
13995 Pasteur Blvd
Palm Beach Gardens, FL 33418

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,783.93

Carrier Enterprise
8691 Western Way
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

CAVH HVAC
4906 Creekside Dr.
Clearwater, FL 33760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Central Florida Sheet Metal
518South Industry Rd
Cocoa, FL 32926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74,963.60

Certified Control Systems
4505 Marquette Avenue
Jacksonville, FL 32210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    KR Mechanical, LLC
        Name
Case number (if known)    3:24-bk-2404

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Christopher Sherrick | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Cintas Fire Protection 7251 Salisbury Rd Jacksonville, FL 32256 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,684.53 |
|---|---|---|---|
| | Cintas Fire Protection PO Box 636525 Cincinnati, OH 45263 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Citibank/the Home Depot PO Box 6497 Sioux Falls, SD 57117-6497 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.02 |
|---|---|---|---|
| | City Electric Supply 11855 N Main Street Jacksonville, FL 32218 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.96 |
|---|---|---|---|
| | City of Jacksonville 515 N Julia St Jacksonville, FL 32202 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|
| | CK Palm Landworks Corp 11804 Brady Rd. Jacksonville, FL 32223 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,168.45 |
|---|---|---|---|
| | Cogbrun Bros. Inc Faye Road #3300 Jacksonville, FL 32226 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | KR Mechanical, LLC | | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|---|
| | Name | | | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Coker Crane and Rigging<br>850369 Highway 17<br>Yulee, FL 32097 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33,892.21 |
|---|---|---|---|
| | Colony Hardware Corp<br>9315 Old Kings Rd S<br>Jacksonville, FL 32257 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $773.95 |
|---|---|---|---|
| | Comcast/Xfinity<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Commercia Duct Systems, LLC<br>9707 Williams Rd.<br>Thonotosassa, FL 33592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Concrete Cutting & Breaking<br>4500 Airwest Dr SE<br>Grand Rapids, MI 49512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Conditioned Air & Power<br>11243 Saint Johns Industrial Parkway S<br>Jacksonville, FL 32246 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81,197.17 |
|---|---|---|---|
| | Conklin Metal Industries, Inc.<br>PO Box 117060<br>Atlanta, GA 30368 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Craftsman Contractors<br>7901 Baymeadows Way #6<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address**
Culligan
604 College Street
Jacksonville, FL 32204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.53** | **Nonpriority creditor's name and mailing address**
Daikin Applied
24827 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
De Lage Landen Financial Services Inc
4600 Touchton Rd E., Building 100, St2 550
Jacksonville, FL 32246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No   ☐ Yes

$2,090.39

---

**3.55** | **Nonpriority creditor's name and mailing address**
Dex Imaging
4810 Executive Park Court, #102
Jacksonville, FL 32216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
Dyatech
381 Highland Colony Parkway
Ridgeland, MS 39157

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$375.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
East Coast Repair & Fabrication
4100 Haines St
Jacksonville, FL 32206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
Eastern Industrial Supplies, Inc.
11 Caledon Ct
Greenville, SC 29615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$243,379.54

---

**3.59** | **Nonpriority creditor's name and mailing address**
Engineered Air
W 83rd St
Middleburg, FL 32050

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,843.98

---

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Enterprise Fleet Management
11034 Atlantic Blvd
Jacksonville, FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,855.30

Equipment Share
11250 Business Park Blvd
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $180,274.40

Facility Automations
6900 Phillips Industrial Blvd
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Fastenal
1408 Haines St.
Jacksonville, FL 32206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Ferguson
7380 Philips Highway
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,325.00

First Coast Fire & Safety Equipment
5905 Macy Ave
Jacksonville, FL 32211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

FJ Nugent & Associates, Inc.
269 Hunt Park Cove
Longwood, FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Florida Department of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Florida Hydronics Inc<br>7780 Westside Industrial Dr.<br>Jacksonville, FL 32219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,407.00 |
|---|---|---|---|
| | Florida Surety Bonds<br>620 Wymore Rd., Ste 200<br>Maitland, FL 32751 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Forida mechanical Systems, Inc.<br>Edison Avenue #2734<br>Jacksonville, FL 32254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,500.00 |
|---|---|---|---|
| | FR Energy Solutions<br>653 Drew Court<br>Bartow, FL 33830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Gemaire<br>2899 Powers Ave.<br>Jacksonville, FL 32207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,622.33 |
|---|---|---|---|
| | General Insulation<br>6950 Highway Ave., Ste 104<br>Jacksonville, FL 32254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Grainger<br>8450 Philips Highway<br>Jacksonville, FL 32257 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Ground Penetrating Radar System, LLC<br>1901 Indian Wood Circle<br>Maumee, OH 43537 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,234.37 |
|---|---|---|---|
| | H&E Equipment Services, Inc.<br>240 Hammond Blvd.<br>Jacksonville, FL 32254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,549.78 |
|---|---|---|---|
| | Hajoca<br>6964 Highway Ave.<br>Jacksonville, FL 32254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Harrington Industrial Plastics<br>8641 Western Way<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Heerc Rentals<br>11451 Philips Highway<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47,891.42 |
|---|---|---|---|
| | Herc Rentals<br>11451 Phillips Hwy<br>Jacksonville, FL 32256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | High Reach HR2<br>1447 Pickettville Rd.<br>Jacksonville, FL 32220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,438.00 |
|---|---|---|---|
| | Holistic Test & Balance<br>3644 Post St.<br>Jacksonville, FL 32205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,945.70 |
|---|---|---|---|
| | Hughes Supply<br>5501 Commonwealth Ave.<br>Jacksonville, FL 32254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor    KR Mechanical, LLC
_____          Case number (if known)    3:24-bk-2404
          Name

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Industrial Mechanical
5465 Verna Blvd.
Jacksonville, FL 32205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,192.45 |
|---|---|---|---|

Insight Partners
10405 NW 37th Terrace
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,477.12 |
|---|---|---|---|

Integrated Cooling Solutions
11455 Saints Rd
Jacksonville, FL 32246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,568.20 |
|---|---|---|---|

Intelligent Consulting Engineers
2093 Philadelphia Pike
Claymont, DE 19703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,954.66 |
|---|---|---|---|

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

IPFS Insurance
3632 Queen Palm Dr
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

Island Concrete Cutting
2118 Arden Forest Place
Fleming Island, FL 32003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,146.70 |
|---|---|---|---|

JEA
225 N. Pearl
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  9184          Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    KR Mechanical, LLC                                            Case number (if known)    3:24-bk-2404
_____
Name

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

3.92

**Nonpriority creditor's name and mailing address**
John Q Bullard Associates Inc.
1850-D Beaver Ridge Circle
Norcross, GA 30071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

3.93

**Nonpriority creditor's name and mailing address**
Johnson Controls, Inc
4820 Executive Park Court
Jacksonville, FL 32216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$187,343.82

---

3.94

**Nonpriority creditor's name and mailing address**
Johnstone Supply, LLC
500 Park St
Jacksonville, FL 32204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$4,164.75

---

3.95

**Nonpriority creditor's name and mailing address**
Jones Welding & Industrial Supply, Inc
1359 Schley Ave
Albany, GA 31707

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

3.96

**Nonpriority creditor's name and mailing address**
JP Morgan Chase Bank
887 Donald Ross Rd.
Juno Beach, FL 33408

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

3.97

**Nonpriority creditor's name and mailing address**
Knowify
76 Bowery 7th Fl
New York, NY 10013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

3.98

**Nonpriority creditor's name and mailing address**
Koolfab
606 Lane Ave N., Ste 2
Jacksonville, FL 32254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

---

3.99

**Nonpriority creditor's name and mailing address**
KRCM Holdings, LLC
2670 Phyllis St
Jacksonville, FL 32204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No    ☐ Yes

$0.00

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

| 3.100 | **Nonpriority creditor's name and mailing address**<br>Landrum HR Workforce Solutions<br>6715 Plantation Rd<br>Pensacola, FL 32504 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address**<br>LDI Reprioprinting - Jax Color<br>806 Rosselle St.<br>Jacksonville, FL 32204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $98.69 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address**<br>Lowe Structures, Inc<br>11651 Central Pkwy #106<br>Jacksonville, FL 32224 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,210.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address**<br>Martinez Sheet Metal<br>625 Bluebill Ct.<br>Kissimmee, FL 34759 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address**<br>Massey<br>PO Box 547668<br>Orlando, FL 32854 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $161.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address**<br>Master Insulation<br>87 Camelia Dr<br>32505 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address**<br>Master Insulation, Inc.<br>PO Box 3185<br>Pensacola, FL 32516 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $301,634.18 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address**<br>MBCI<br>1601 Rogers Rd | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,786.57 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor    KR Mechanical, LLC
_____          Case number (if known)    3:24-bk-2404
         Name

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500,945.51
Mechanical Services of Central FL, Inc.
4505 Marquette Avenue
Jacksonville, FL 32210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Medical Express Corporation
4237 Salisbury Rd., Ste 304
Jacksonville, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92,444.61
Medical Technology Associates
6651 102nd Avenue N
Pinellas Park, FL 33782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,435.97
Mobile Mini
8825 Moncrief Dinsmore Rd
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Mobile Modular
11836 Camden Road
Jacksonville, FL 32218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
National Sheet Metal, LLC
2406 Gap Rd
Altamont, TN 37301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
NEFBA Northeast Florida Builders Assoc.
6747 Southpoint Parkway
Jacksonville, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,479.17
Nelson & Company, LLC
3914 Beach Blvd #100
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    KR Mechanical, LLC                                    Case number (if known)    3:24-bk-2404
_____
Name

| | | |
|---|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address**<br>Northern Duct<br>741 Northwest 127th Ave.<br>Coral Springs, FL 33071 | **As of the petition filing date, the claim is:** *Check all that apply.*    $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address**<br>OSC<br>1626 Williamsburg Square<br>Lakeland, FL 33803 | **As of the petition filing date, the claim is:** *Check all that apply.*    $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address**<br>Palatka Thermal Logistics, LLC<br>134 Whispering Winds Road<br>Palatka, FL 32177 | **As of the petition filing date, the claim is:** *Check all that apply.*    $62,868.22<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address**<br>People Ready / True Blue<br>1015 A Street<br>Tacoma, WA 98402 | **As of the petition filing date, the claim is:** *Check all that apply.*    $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address**<br>Philadelphia Insurance Companies<br>PO Box 70251<br>Philadelphia, PA 19176 | **As of the petition filing date, the claim is:** *Check all that apply.*    $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.121** | **Nonpriority creditor's name and mailing address**<br>Phoenix Metals Company<br>PO Box 932589<br>Atlanta, GA 31193 | **As of the petition filing date, the claim is:** *Check all that apply.*    $6,754.80<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address**<br>PVF Industrial<br>558 Stuart Lane<br>Jacksonville, FL 32254 | **As of the petition filing date, the claim is:** *Check all that apply.*    $66,189.34<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.123** | **Nonpriority creditor's name and mailing address**<br>Quickbooks Online<br>2700 Coast Ave.<br>Mountain View, CA 94043 | **As of the petition filing date, the claim is:** *Check all that apply.*    $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.06
R.E. Michel Company
2953 Powers Ave
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Ram Tool
6858 Phillips Parkway Dr S.
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
RezLegal, LLC
A1A North # 816
Ponte Vedra Beach, FL 32082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Ring Power Corp.
500 World Commerce Parkway
Saint Augustine, FL 32092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $707.69
Ritz Safety
4456 Philips Highway
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,847.10
Roberts Oxygen Company Inc.
PO Box 5507
Derwood, MD 20855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,374.00
Roth Southeast
204 SW 21st Terrace
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,024.19
Ryan Herco Flow Solutions
5636 W 5th St.
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | KR Mechanical, LLC | | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|---|
| | Name | | | |

**3.132** | **Nonpriority creditor's name and mailing address**
Sams Club
10100 Canal Rd.
Brunswick, GA 31525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.133** | **Nonpriority creditor's name and mailing address**
Sea Can, LLC
PO Box 590023
Orlando, FL 32859

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,198.14

---

**3.134** | **Nonpriority creditor's name and mailing address**
Sea-Can Containers Ltd

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.135** | **Nonpriority creditor's name and mailing address**
Security Center USA
2000 Art Museum Drive
Jacksonville, FL 32207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$567.46

---

**3.136** | **Nonpriority creditor's name and mailing address**
Servpro of Jacksonville South
750 Cassat Ave.
Jacksonville, FL 32205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.137** | **Nonpriority creditor's name and mailing address**
Sims Crane
1219 U.S. Hwy 301 N
Tampa, FL 33619

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$0.00

---

**3.138** | **Nonpriority creditor's name and mailing address**
Skinner Horizontal Utilities Services
2821 Apache Ave
Jacksonville, FL 32210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$600.00

---

**3.139** | **Nonpriority creditor's name and mailing address**
Southern Carlson
9456 Philips Highway, Ste 5
Jacksonville, FL 32256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,633.22

Debtor    KR Mechanical, LLC                                        Case number (if known)    3:24-bk-2404
         Name

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Specialty Products & Insulation
6803 Stuart Lane South
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $669.25
Spot Coolers
29749 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Stan Weaver & Co.
4255 Emerson Street
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Strate Welding Company
29 McDuff Ave. S
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,189.59
Strate Welding Supply
PO Box 37330
Jacksonville, FL 32236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,587.08
Sun Life Financial
96 Worester St.
Wellesley Hills, MA 02481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Sunbelt Rentals, Inc.
2015 Directors Row
Orlando, FL 32809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Sunpass
9405 W. Colonial Dr
Ocoee, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  KR Mechanical, LLC  Case number (if known)  3:24-bk-2404
_____
Name

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,721.95 |

**3.148** | **Nonpriority creditor's name and mailing address**
Sunstate Equipment Co., LLC
5552 E Washington St
Phoenix, AZ 85034

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$54,721.95

---

**3.149** | **Nonpriority creditor's name and mailing address**
Superior Scaffolding & Insulation, Inc.
1623 Blanding Blvd
Middleburg, FL 32068

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.150** | **Nonpriority creditor's name and mailing address**
Synchrony Bank/Lowes
PO Box 71727
Philadelphia, PA 19176

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.151** | **Nonpriority creditor's name and mailing address**
Tempaco, Inc
6695 Colray Ct
Jacksonville, FL 32258

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.152** | **Nonpriority creditor's name and mailing address**
The Liles Firm, P.A.
50 N. Laura St., Ste 1200
Jacksonville, FL 32202

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$47,638.94

---

**3.153** | **Nonpriority creditor's name and mailing address**
Thermal Tech, Inc
5141 Forsyth Commerce Rd.
Orlando, FL 32807

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$40,656.62

---

**3.154** | **Nonpriority creditor's name and mailing address**
Tom Barrow Company
6950 Hwy Ave Ste 1
Jacksonville, FL 32254

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$91,960.92

---

**3.155** | **Nonpriority creditor's name and mailing address**
Tradesmen International
9440 Philips Highway, Ste 10
Jacksonville, FL 32256

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $179,634.44

Trane
c/o Bank of America
Attn: Lockbox #406469
6000 Feldwood Rd
Atlanta, GA 30349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Travelers Business Insurance
One Tower Square
Hartford, CT 06183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,877.98

Tri-Lane Equipment Rentals
80 Pro 3 Parkway
Saint Marys, GA 31558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71,926.00

Trimble
10368 Westmoor Drive
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,574.65

Tru Technology
208 N Laura St.
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Tru Technology
25 N Market Street, Ste 300F
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

United Refrigeration, Inc.
1004 Rosselle St
Jacksonville, FL 32204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,987.36

United Rentals
5402 Philips Hwy
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    KR Mechanical, LLC                                      Case number (if known)    3:24-bk-2404

Name

---

**3.164**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
United Rentals
6931 Business Park Blvd N
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.165**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $989.00
Vertiv Corporation
505N Cleveland Ave
Westerville, OH 43082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.166**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Vystar Credit Union
76 South Laura Street
Vystar Tower
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.167**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
W.W. Gay
524 Stockton St
Jacksonville, FL 32204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.168**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,085.77
Waste Pro Services
2940 Strickland St
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.169**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Watts Mechanical and Plumbing, Inc.
13490 Hance Lane
Jacksonville, FL 32220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.170**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,576.46
Wex Ent. Fleet Exxon Mobile Cards
PO Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8850**    Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.171**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
White Cap, L.P.
PO Box 4944
Orlando, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|
| | Name | | |

---

**3.172** | **Nonpriority creditor's name and mailing address**
William R. Nash, LLC
6401 Nob Hill Road
Fort Lauderdale, FL 33321

| **As of the petition filing date, the claim is:** *Check all that apply.* | $85,644.70 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address**
Windy City Wire
386 Internationale Dr, Ste H
Bolingbrook, IL 60440

| **As of the petition filing date, the claim is:** *Check all that apply.* | $349.73 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**
Win-Supply
2365 Dennis St.
Jacksonville, FL 32204

| **As of the petition filing date, the claim is:** *Check all that apply.* | $16,303.38 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
World Electric
7700 Congress Ave.
Boca Raton, FL 33487

| **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
Youn's Boiler Service Inc.
3501 W 20th St.
Jacksonville, FL 32254

| **As of the petition filing date, the claim is:** *Check all that apply.* | $12,663.50 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 36,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,857,416.82 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 4,893,416.82 |

**Fill in this information to identify the case:**

Debtor name ____KR Mechanical, LLC____

United States Bankruptcy Court for the: ____MIDDLE DISTRICT OF FLORIDA____

Case number (if known) ____3:24-bk-2404____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Copier and related equipment | |
| State the term remaining | DLL Group |
| List the contract number of any government contract | 4600 Touchton Road East Building 100, Suite 550 Jacksonville, FL 32246 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | KRCM Holdings, LLC |
| List the contract number of any government contract | 2670 Phyllis St Jacksonville, FL 32204 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Business IT Services | |
| State the term remaining | TruTechnology |
| List the contract number of any government contract | 208 North Laura Street, 10th Floor Jacksonville, FL 32202 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    KR Mechanical, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:24-bk-2404

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     KR Mechanical, LLC

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     3:24-bk-2404

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other | $7,450,327.00 |
   | For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $21,448,178.00 |
   | For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $28,348,162.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    KR Mechanical, LLC                                          Case number *(if known)*   3:24-bk-2404

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Express<br>6985 Union Park Center<br>Midvale, UT 84047 | | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Synovus Bank<br>7768 Ozark Dr., Ste 100<br>Jacksonville, FL 32256 | 6/3/24,<br>7/2/24, 8/5/24 | $36,084.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Synovus Bank<br>7768 Ozark Dr., Ste 100<br>Jacksonville, FL 32256 | 6/13/24,<br>7/15/24 | $8,339.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Carrier Enterprise<br>8691 Western Way<br>Jacksonville, FL 32256 | 6/13/24 | $941.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Capital Gurus<br>1700 S Pavillion Center Dr., Ste 420<br>Las Vegas, NV 89135 | 6/25, 7/25 | $28,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Comcast/Xfinity<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | 6/25, 7/25 | $647.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Vystar Credit Union<br>76 S Laura St<br>Jacksonville, FL 32202 | 6/20, 7/17 | $6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Serve Pro of Jacksonville South<br>750 Cassat Ave.<br>Jacksonville, FL 32205 | 7/15 | $649.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Enterprise Fleet Management<br>8050 Vista Reserve Blvd<br>Orlando, FL 32829 | 6/20, 7/22 | $44,180.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. Synovus Bank<br>7768 Ozark Dr., Ste 100<br>Jacksonville, FL 32256 | 6/3/24,<br>6/5/24,<br>6/10/24,<br>7/1/24,<br>7/3/24,<br>7/5/24,<br>7/29/24,<br>8/1/24,<br>8/8/24, 8/8/24 | $916.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. JEA<br>225 N Pearl<br>Jacksonville, FL 32202 | 6/5/24,<br>7/8/24, 8/7/24 | $5,250.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. JP Morgan Chase Bank<br>270 Park Avenue<br>New York, NY 10017 | 6/12/24,<br>7/12/24 | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Baker Distributing Co LLC<br>2121 Edison Ave.<br>Jacksonville, FL 32204 | 6/11/24,<br>6/20/24 | $13,803.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Johnstone Supply, LLC<br>500 Park St.<br>Jacksonville, FL 32204 | 6/20/24,<br>7/23/24 | $14,764.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. United Rentals<br>5402 Philips Hwy<br>Jacksonville, FL 32207 | 6/5/2024,<br>6/20/24 | $14,962.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Barcelona Crane Rental<br>10342 New Kings Rd<br>Jacksonville, FL 32219 | 6/21/24 | $8,089.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. A&A Pro Cleaning<br>3901 Industry Blvd Ste 1<br>Lakeland, FL 33811 | 6/21/24 | $1,080.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Colony Hardware Corp<br>9315 Old Kings Rd S<br>Jacksonville, FL 32257 | 6/17/24,<br>7/16/24 | $15,113.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    KR Mechanical, LLC _____    Case number *(if known)*  3:24-bk-2404 _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. Windy City Wire<br>386 International Dr, Ste H<br>Bolingbrook, IL 60440 | 7/16/24 | $800.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. Holistic Test & Balance<br>3644 Post St.<br>Jacksonville, FL 32205 | 6/21/24 | $7,426.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. Atlantic Insulation, Inc<br>325 Dennard Ave.<br>Jacksonville, FL 32254 | 6/25/24 | $7,554.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. Sea Can, LLC<br>PO Box 590023<br>Orlando, FL 32859 | 6/26/24 | $7,046.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Dex Imaging<br>4810 Executive Park Court, #102<br>Jacksonville, FL 32216 | 7/10/24 | $972.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. Strate Welding Company<br>29 McDuff Ave. S<br>Jacksonville, FL 32254 | 7/16/24 | $295.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Nelson & Company, LLC<br>3914 Beach Blvd #100<br>Jacksonville, FL 32207 | 7/17/24,<br>7/19/24 | $31,763.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. Tom Barrow Company<br>6950 Hwy Ave., Ste 1<br>Jacksonville, FL 32254 | 6/5/24,<br>6/12/24,<br>6/20/24,<br>6/25/24,<br>7/16/24,<br>7/18/24 | $70,412.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. JAX Refrigeration, Inc.<br>820 A1A N., Ste w-4<br>Ponte Vedra Beach, FL 32082 | 6/5/24, 7/8/24 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | | Case number *(if known)* | 3:24-bk-2404 |
| --- | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.28. All Smith Mechanical<br>245 Franklin Ave.<br>Jacksonville, FL 32218 | 6/14/24,<br>6/21/24,<br>7/3/24,<br>7/23/24 | $10,440.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. Landrum HR Workforce Solutions<br>6715 Plantation Rd.<br>Pensacola, FL 32504 | 6/5/24,<br>6/7/24,<br>6/13/24,<br>6/14/24,<br>6/17/24,<br>6/21/24,<br>6/28/24,<br>7/3/24,<br>7/5/24,<br>7/12/24,<br>7/19/24,<br>7/22/24,<br>7/26/24,<br>7/31/24,<br>8/2/24, 8/7/24 | $1,465,809.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. Knowify<br>76 Bowery 7th FL<br>New York, NY 10013 | 6/6/24,<br>7/3/24, 8/6/24 | $1,472.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. Security Center USA<br>2000 Art Museum Dr.<br>Jacksonville, FL 32207 | 6/6/24,<br>7/5/24, 8/9/24 | $351.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. Quickbooks Online<br>2700 Coast Ave.<br>Mountain View, CA 94043 | 6/20/24,<br>7/19/24 | $400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. IPFS Insurance<br>36632 Queen Palm Dr.<br>Tampa, FL 33619 | 6/24/24 | $19,159.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. SunPass<br>9405 W. Colonial Dr.<br>Ocoee, FL 34761 | 6/21/24,<br>6/24/24,<br>6/27/24,<br>6/28/24,<br>7/1/24,<br>7/17/24,<br>7/18/24,<br>7/19/24,<br>7/22/24 | $140.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.35. Wright Express Fleet<br>PO Box 639<br>Portland, ME 04104 | 6/7/24,<br>6/26/24,<br>7/12/24,<br>7/25/24,<br>7/29/24 | $29,310.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. Citibank/the Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117 | 7/17/24,<br>7/22/24 | $506.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. Synchrony Bank/Lowes<br>PO Box 71727<br>Philadelphia, PA 19176 | 6/21/24 | $27.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. Amazon<br>410 Terry Ave. N<br>Seattle, WA 98109 | 6/14/24,<br>6/21/24,<br>6/24/24,<br>7/15/24 | $170.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. Sams Club<br>10100 Canal Rd.<br>Brunswick, GA 31525 | 6/28/24,<br>7/22/24 | $661.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. Tempaco, Inc.<br>6695 Colray Ct<br>Jacksonville, FL 32258 | 6/5/24 | $928.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. Best Buy<br>7601 Penn Ave. S<br>Minneapolis, MN 55423 | 7/24/24 | $2,007.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | KR Mechanical, LLC | Case number (if known) | 3:24-bk-2404 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Raymond Chin<br><br>CEO/Owner | 1/24/24,<br>3/1/24,<br>3/20/24,<br>4/15/24,<br>5/21/24,<br>6/21/24,<br>7/21/24,<br>8/9/24 | $65,000.00 | Tax Distribution |
| 4.2. | Kerry Mowlam<br><br>COO/Owner | 1/30/24,<br>3/21/24,<br>4/12/24,<br>6/24/24,<br>8/9/24 | $64,745.21 | Owner Distribution/Tax Distribution |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | S.A. BRYAN INVESTMENTS, LLC, a Florida limited liability company v RAYMOND D. CHIN, an individual, and KERRY T. MOWLAM, an individual, and KR MECHANICAL, LLC, a Florida limited liability company<br>CA23-1866 | Lawsuit | St. Johns County<br>4010 Lewis Speedway<br>Saint Augustine, FL 32084 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    KR Mechanical, LLC _____    Case number (if known)  3:24-bk-2404 _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | BOOKKEEPING AND ACCOUNTING OF FLORIDA, INC, v KR Mechanical, LLC 2024-CC-12046 | Lawsuit | Duval County 501 W Adams St. Jacksonville, FL 32202 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | CARRIER ENTERPRISE, LLC v KR MECHANICAL, LLC; KERRY MOWLAM 2024-CC-014296 | Lawsuit | Orange County 425 N Orange Ave. Orlando, FL 32801 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | HOJOCA CORPORATION v KR MECHANICAL, LLC a/k/a KR MECHANICAL a Florida Limited Liability Company and KERRY T. MOWLAM a/k/a KERRY MOWLAM in his individual capacity,, jointly and severally 2024-CA-1584 | Lawsuit | Orange County 425 N Orange Ave. Orlando, FL 32801 | ☐ Pending ☐ On appeal ☒ Concluded |
| 7.5. | RING POWER CORPORATION v KR MECHANICAL, LLC, a Florida limited liability company 2024-CC-589 | Lawsuit | Duval County 501 W Adams St. Jacksonville, FL 32202 | ☐ Pending ☐ On appeal ☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    KR Mechanical, LLC _____    Case number (if known)  3:24-bk-2404 _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Adam Law Group, P.A. 2258 Riverside Ave. Jacksonville, FL 32204 | | 8/6/24 | $5,838.00 |
| | **Email or website address** bk@adamlawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 9651 Hood Road Jacksonville, FL 32257 | 2020 - Nov, 2021 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    KR Mechanical, LLC _____    Case number *(if known)*  3:24-bk-2404

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |
|---|---|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Joey Bryan | 2022 - 2023 |
| 26a.2. | Patty Henry | 2021 - 2022 |
| 26a.3. | Raymond Chin | 2019 - 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Assurance Dimensions 7500 Belfort Pkwy, Ste 290 Jacksonville, FL 32256 | 2019 - 2022 |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Business Valuation, Inc. 5210 Belfort Rd. Jacksonville, FL 32256 | 2021 - 2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    KR Mechanical, LLC    Case number *(if known)*  3:24-bk-2404

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    KR Mechanical, LLC<br>2670 Phyllis St.<br>Jacksonville, FL 32204 | |
| 26c.2.    Raymond Chin<br>2981 Shoreward Ave.<br>Orange Park, FL 32073 | |
| 26c.3.    Kerry Mowlam<br>224 Oleander St.<br>Neptune Beach, FL 32266 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raymond Chin | 2981 Shoreward Ave.<br>Orange Park, FL 32073 | CEO/Owner | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kerry Mowlam | 224 Oleander St.<br>Neptune Beach, FL 32266 | COO/Owner | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| S.A. Bryan Investments | Need Address | 15% Prof. Share for Initial Investment | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KR Mechanical, LLC | Case number *(if known)* | 3:24-bk-2404 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 23, 2024

/s/   Raymond Chin                                           Raymond Chin
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re __KR Mechanical, LLC__                         Case No. __3:24-bk-2404__
_____
                        Debtor(s)                    Chapter __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
    paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
    behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................    $ _____5,838.00_____

    Prior to the filing of this statement I have received ......................................    $ _____5,838.00_____

    Balance Due .......................................................................................    $ _____0.00_____

2.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
      of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of
        liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this
bankruptcy proceeding.

__August 23, 2024__                          /s/ Thomas Adam
_____               _____
_Date_                                         Thomas Adam
                                               _Signature of Attorney_
                                               Adam Law Group, PA
                                               2258 Riverside Ave
                                               Jacksonville, FL 32204
                                                Fax:
                                               tadam@adamlawgroup.com
                                               _____
                                               _Name of law firm_

---