**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

                                                   **CASE NO.: 3:24-bk-02404-BAJ**

**KR Mechanical, LLC**                               **Chapter 7**

      **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Thomas J. Tollefsen, Esq. and Tritt & Associates, P.A. hereby appear as counsel of record on behalf of creditor, Yown's Boiler & Furnace Service, LLC. The Clerk is requested to furnish copies of all future pleadings, notices, orders and correspondence in this case to the undersigned at the following designated email and mailing addresses:

<u>Primary Email:</u>  tom.tollefsen@atritt.com

<u>Secondary Email:</u>  karen.farber@atritt.com

Respectfully Submitted on this 30th day of August 2024.

                                     **TRITT & ASSOCIATES, P.A.**

                                 By: */s/ Thomas J. Tollefsen*
                                     Thomas J. Tollefsen
                                     Florida Bar No.: 015790
                                     707 Peninsular Place
                                     Jacksonville, FL 32204
                                     Telephone: (904) 354-5200
                                     Facsimile: (904) 354-5256
                                     Email: tom.tollefsen@atritt.com
                                          karen.farber@atritt.com
                                     *Attorneys for Creditor, Yown's*
                                     *Boiler & Furnace Service, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 30, 2024 a true and correct copy of the foregoing has been furnished to the Debtor, c/o Thomas C. Adam, Esq., Adam Law Group, P.A., the United States Trustee, and all other parties who have filed appearances in this case via the CM/ECF Filing System.

**TRITT & ASSOCIATES, P.A.**

By: */s/ Thomas J. Tollefsen*
    Thomas J. Tollefsen
    Florida Bar No.: 015790
    707 Peninsular Place
    Jacksonville, FL 32204
    Telephone: (904) 354-5200
    Facsimile: (904) 354-5256
    Email: tom.tollefsen@atritt.com
           karen.farber@atritt.com
    *Attorneys for Creditor, Yown's*
    *Boiler & Furnace Service, LLC*