FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 24-02404 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | KR MECHANICAL, LLC | Date Filed (f) or Converted (c): | 08/13/2024 (f) |
| For the Period Ending: | 03/31/2025 | §341(a) Meeting Date: | 09/12/2024 |
| | | Claims Bar Date: | 10/22/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Synovus Bank Checking 9156 | $14,628.37 | $0.00 | OA | $0.00 | FA |
| 2  Synovus Bank Savings 0209 | $50.07 | $0.00 | OA | $0.00 | FA |
| 3  90 days old or less: face amount $1,819,340.28 - doubtful or uncollectible accounts $0.00 = $1,819,340.28 | $1,819,340.28 | $0.00 | OA | $0.00 | FA |
| 4  Accounts receivable Over 90 days old: face amount $2,294,649.40 - doubtful or uncollectible accounts $0.00 = $2,294,649.40 | $2,294,649.40 | $0.00 | OA | $0.00 | FA |
| 5  Office furniture Kalax Shelves $0.00 | $400.00 | $0.00 | OA | $0.00 | FA |
| 6  Office Furniture - Couches/Desks/Office Chairs $0.00 | $3,100.00 | $0.00 | OA | $0.00 | FA |
| 7  Office equipment, including all computer equipment and communication systems equipment and software Office equipment - Laptops/Security camera and monitoring system/Ipads/Cell Phones $0.00 | $1,400.00 | $0.00 | OA | $0.00 | FA |
| 8  Office printers $0.00 | $200.00 | $0.00 | OA | $0.00 | FA |
| 9  Safety Goggles, Gloves, and harnesses/lanyards $0.00 | $150.00 | $0.00 | OA | $0.00 | FA |
| 10  12' Covered Trailer $0.00 | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 11  Machinery, fixtures, and equipment - Duct Jacks $0.00 | $250.00 | $0.00 | OA | $0.00 | FA |
| 12  Machinery, fixtures, and equipment - Coil Link/Plasma Table $0.00 | $120,286.51 | $0.00 | OA | $0.00 | FA |
| 13  Surety Bonds - Philadelphia Indemnity | Unknown | $0.00 | OA | $0.00 | FA |
| 14  Surety Bonds - FCCI Group | Unknown | $0.00 | OA | $0.00 | FA |
| 15  Clothing | $190.00 | $0.00 | OA | $0.00 | FA |
| 16  Potential preferential payment claims (u) | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Asset**

| | $4,256,144.63 | $0.00 | | $0.00 | $0.00 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-02404 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | KR MECHANICAL, LLC | Date Filed (f) or Converted (c): | 08/13/2024 (f) |
| For the Period Ending: | 03/31/2025 | §341(a) Meeting Date: | 09/12/2024 |
| | | Claims Bar Date: | 10/22/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/18/2025 | REPORT OF NO DISTRIBUTION FILED |
| 10/03/2024 | NOTICE OF ABANDONMENT, D.E. 27 |
| 08/19/2024 | APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY, D.E. 10; ORDER, D.E. 11 |

| Initial Projected Date Of Final Report (TFR): | 06/15/2025 | Current Projected Date Of Final Report (TFR): | 06/15/2025 | /s/ AARON R. COHEN |
|---|---|---|---|---|
| | | | | AARON R. COHEN |